THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PERFORMANCE, INC., a North Carolina corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BRUCE BLUME, an individual, and the marital community of BRUCE BLUME, and JANE DOE BLUME; and GREG BLUME an individual and the marital community of GREG BLUME and JANE DOE BLUME; and THE BLUME COMPANY, a Washington corporation.<br><br>　　　　　　　　　　Defendants. | NO. 06-CV-0102-MJP<br><br>**STIPULATION AND ORDER:<br>(1) ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT; AND (2) EXTENDING DEADLINE FOR FRCP 26(a)(1) DISCLOSURES**<br><br>NOTE ON MOTION CALENDAR:<br>This stipulation resolves *Plaintiff's Motion for Leave to File First Amended Complaint*, previously noted for Thursday, March 23, 2006, 6:30 p.m. |

## STIPULATION

All parties hereby agree, through their counsel of record, as follows:

1.　　That Plaintiff be authorized to file its *First Amended Complaint* on or before April 10, 2006; and

2.　　That the deadline for FRCP 26(a)(1) be extended by 45 days, to May 15, 2006, in order to allow counsel and the parties to focus their attention on early mediation of this matter.

STIPULATION AND ORDER:  (1) ALLOWING PLAINTIFF
TO FILE FIRST AMENDED COMPLAINT; AND (2)
EXTENDING DEADLINE FOR FRCP 26(a)(1)
DISCLOSURES  - 1
Case No. 06-CV-0102-MJP

LAW OFFICES OF

MIKKELBORG, BROZ, WELLS & FRYER PLLC
1001 FOURTH AVENUE, SUITE 3600
SEATTLE, WASHINGTON 98154-1115
(206) 623-5890

1  AGREED TO this *21st* day of March, 2006.

| MIKKELBORG, BROZ, WELLS & FRYER, PLLC | JAMESON BABBITT STITES LOMBARD PLLC |
|---|---|
| s/ Jess G. Webster for | s/ Henry C. Jameson |
| Joel Watkins (WSBA #10957) | Henry C. Jameson (WSBA #05676) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Mikkelborg, Broz, Wells, & Fryer, PLLC | Jameson Babbitt Stites Lombard PLLC |
| 1001 Fourth Ave., Suite 3600 | 999 Third Avenue |
| Seattle, WA 98154 | Seattle, WA 98104 |
| Tel.: (206) 623-5890 | Tel.: (206) 292-1994 |
| Fax: (206) 623-0965 | Fax: (206) 292-1995 |
| jwatkins@mbwf.com | hjameson@jbsl.com |

**ORDER**

The Court having considered the above stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff is granted leave to file its proposed *First Amended Complaint*, on or before April 10, 2006; and

2. The deadline for the disclosures required under FRCP 26(a)(1) is hereby extended to ___May 15_____, 2006.

ORDERED this _____ of March, 2006.

       /s Marsha J. Pechman
The Honorable Marsha J. Pechman
U.S. District Court Judge

STIPULATION AND ORDER: (1) ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT; AND (2) EXTENDING DEADLINE FOR FRCP 26(a)(1) DISCLOSURES  - 2
Case No. 06-CV-0102-MJP

LAW OFFICES OF

MIKKELBORG, BROZ, WELLS & FRYER PLLC
1001 FOURTH AVENUE, SUITE 3600
SEATTLE, WASHINGTON  98154-1115
(206) 623-5890